UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MILTON H. OHLSEN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  4:10CV1906 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion to Vacate, Set Aside, or Correct Sentence [Doc. #1] is reset to Wednesday, May 9, 2012, at 11:00 a.m. in the courtroom of the undersigned..

Dated this 6th day of March, 2012.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE